Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752

Attorneys for Plaintiff

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* THOMAS P. THRASH,<br><br>Plaintiff,<br><br>- against -<br><br>THE COCA-COLA COMPANY and COCA-COLA REFRESHMENTS USA, INC.,<br><br>Defendants. | Case No. 13-CV-02551 JCS<br><br>**RELATOR'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE; [PROPOSED] ORDER** |

Relator THOMAS P. THRASH, through his attorneys, moves this Court for an order dismissing this action without prejudice, and states as follows:

1. 31 U.S.C. § 3730 requires that before a Relator can dismiss a suit filed under the False Claims Act, that the United States Department of Justice consent to the dismissal, and that the Court approve the dismissal.

2. On February 6, 2014, the United States Attorney's Office for the Northern District of California ("DOJ"), on behalf of the United States, declined to intervene in this action.

3. On March 3, 2014, Relator notified the DOJ that Relator intended to move for dismissal of this action without prejudice as to Relator and the United States. *See* Declaration of Pierce Gore In Support of Relator's Voluntary Motion to Dismiss Without Prejudice.

4. On March 3, 2014, the DOJ notified Relator's counsel that the DOJ consented to a dismissal without prejudice as to Relator and the United States. *Id.*

WHEREFORE, Relator moves this Court for a dismissal of the above-entitled action, without prejudice as to Relator and the United States.

Dated: March 4, 2014                              Respectfully submitted,

/s/ Pierce Gore_____
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Don Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Toll Free: (877) 816-4443
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com

Jay Nelkin
NELKIN & NELKIN, P.C.
5417 Chaucer Drive
P.O. Box 25303
Houston, Texas 77005
Telephone: (713) 526-4500
Facsimile: (713) 526-8915
jnelkin@nelkinpc.com

Attorneys for Plaintiff

MOTION TO DISMISS WITHOUT PREJUDICE; [PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Good cause appearing therefor, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE AS TO RELATOR AND THE UNITED STATES**.

Dated: March _6_, 2014

_____
Hon. J.
United States        Judge

*Judge Joseph C. Spero*